UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ELEAZAR MEJIA, individually and on behalf of all
others similarly situated,
               Plaintiff,

               -against-                       **ORDER**
                                                        19-CV-1292 (KNF)

561 STRAIGHT DELI GROCERY, INC., 561 STRAIGHT
PATH DELI GROCERY CORP., and JOHN DOE 1 a/k/a
SAMMY and JOHN DOE 2 a/k/a DAVID, as
individuals,
               Defendants.
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       On or before May 19, 2020, the parties shall submit their proposed settlement agreement to the Court for its review and approval.  The parties are reminded that failing to obey a court order may result in sanctions including the dismissal of an action.

Dated:  New York, New York               SO ORDERED:
         May 12, 2020

                                                            _/s/ Kevin Nathaniel Fox_____
                                                      KEVIN NATHANIEL FOX
                                                      UNITED STATES MAGISTRATE JUDGE