UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ELEAZAR MEJIA, individually and on behalf of all
others similarly situated,
          Plaintiff,

         -against-                               **ORDER**
                                                    19-CV-1292 (KNF)

561 STRAIGHT DELI GROCERY, INC., 561 STRAIGHT
PATH DELI GROCERY CORP., and JOHN DOE 1 a/k/a
SAMMY and JOHN DOE 2 a/k/a DAVID, as
individuals,
          Defendants.
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The parties to this Fair Labor Standards Act action submitted their written settlement agreement, Docket Entry No. 21, to the Court for its review and approval.  The settlement agreement submitted by the parties is not fully executed.  In addition, the plaintiff failed to provide the Court with a copy of the retainer agreement into which he entered with his attorneys or a copy of his counsel's contemporaneous time records showing the: 1) work performed by each attorney who provided legal services to the plaintiff in connection with this action; 2) hours expended by each attorney on the litigation; and 3) hourly rate at which each attorney bills for legal services rendered and how the rate(s) compares to the hourly rate(s) at which attorneys of comparable skill and experience bill for providing similar legal services in this judicial district.  Under these circumstances, the parties' request that the Court approve their settlement agreement is denied without prejudice. .

Dated:  New York, New York                    SO ORDERED:
           September 4, 2020

                                                           _/s/ Kevin Nathaniel Fox_____
                                                           KEVIN NATHANIEL FOX
                                                           UNITED STATES MAGISTRATE JUDGE