UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ELEAZAR MEJIA, individually and on behalf of all others similarly situated,

                    Plaintiff,

       - against -                            ORDER
                                              19-CV-01292 (KNF)

561 STRAIGHT DELI GROCERY, INC., 561 STRAIGHT PATH DELI GROCERY CORP., and JOHN DOE 1 a/k/a SAMMY and JOHN DOE 2 a/k/a DAVID, as individuals,

                    Defendants.
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephonic status conference shall be held in the above-captioned action on March 3, 2021, at 2:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York         SO ORDERED:
       March 1, 2021

                                               *Kevin Nathaniel Fox*
                                               KEVIN NATHANIEL FOX
                                               UNITED STATES MAGISTRATE JUDGE