UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ELEAZAR MEJIA, individually and on behalf of all
others similarly situated,

                Plaintiff,

     - against -                              ORDER
                                          19-CV-1292 (KNF)

561 STRAIGHT DELI GROCERY, INC., 561
STRAIGHT PATH DELI GROCERY CORP., and
JOHN DOE 1 a/k/a SAMMY and JOHN DOE 2 a/k/a
DAVID, as individuals,

                Defendants.
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic status conference was held with counsel to the respective parties on March 3, 2021. As a result of the discussion had during the conference, the parties are directed to file, on or before March 31, 2021, either their: 1) fully executed settlement agreement; or 2) proposed scheduling order, see Rule 16(b) of the Federal Rules of Civil Procedure, after conferring as contemplated by Fed.R.Civ. P. 26(f).

Dated:  New York, New York         SO ORDERED:
           March 3, 2021

                                                      *Kevin Nathaniel Fox*
                                              KEVIN NATHANIEL FOX
                                              UNITED STATES MAGISTRATE JUDGE