UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ELEAZAR MEJIA, individually and on behalf of all    :
others similarly situated,                          :
                                                    :
                        Plaintiff,                  :
                                                    :
            - against -                             :               ORDER
                                                    :           19-CV-1292 (KNF)
561 STRAIGHT DELI GROCERY, INC., 561                :
STRAIGHT PATH DELI GROCERY CORP., and               :
JOHN DOE 1 a/k/a SAMMY and JOHN DOE 2 a/k/a          :
DAVID, as individuals,                              :
                                                    :
                        Defendants.                 :
-----------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       This action was brought pursuant to the Fair Labor Standards Act and the New York Labor

Law.  The parties negotiated a resolution of their dispute with the aid of a mediator affiliated with the

court's alternative dispute resolution program.  Thereafter, the parties memorialized the terms and

conditions under which they agreed to resolve their dispute in a written settlement agreement.  See

Docket Entry No. 21. That document was submitted to the Court for its review and approval.  The Court

reviewed the agreement and determined that it had not been fully executed.  The Court held a conference

with the parties to discuss the proposed settlement agreement and, during that conference, directed that

the parties have the document executed fully and, thereafter, submit it to the Court.  The parties have

submitted the fully executed settlement agreement to the Court, see Docket Entry No. 30, which the Court

has reviewed.  Based on the parties' arm's-length negotiations and the Court's review of the parties'

written settlement agreement, the Court finds that the settlement agreement is fair and reasonable.

Therefore, the Court approves the settlement agreement. The Clerk of Court is directed to record the

action as terminated, on the docket sheet maintained for this action.

Dated:  New York, New York            SO ORDERED:
        April 23, 2021

                              _Kevin Nathaniel Fox_____
                              KEVIN NATHANIEL FOX
                              UNITED STATES MAGISTRATE JUDGE